IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THE RICE CORPORATION, d/b/a THE RICE COMPANY, a Delaware corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>GRAIN BOARD OF IRAQ, an Iraqi state company; IRAQI MINISTRY OF TRADE, an Iraqi state agency; REPUBLIC OF IRAQ; and DOES 1 through 50, inclusive<br><br>               Defendants. | 2:06-cv-1516-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE AND RULE 4(m) NOTICE |

       By Order dated July 10, 2006, ("July 10 Order"), a status conference was scheduled in this case for September 25, 2006. Because Plaintiff's Status Report filed September 11, 2006, reveals that Plaintiff has not yet perfected service of process, that conference is rescheduled to commence at 9:00 a.m. on December 18, 2006. In accordance with the requirements set forth in the July 10 Order, the parties shall file a joint status report no later than December 4, 2006.[1]

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other

(continued...)

1

1  If a defendant is not served by November 6, 2006, said
2 defendant could be dismissed from this action under Federal Rule of
3 Civil Procedure 4(m). As to such a defendant, Plaintiff is ordered to
4 show cause (OSC) no later than 4:00 p.m. on November 10, 2006, why
5 this action should not be dismissed for failure to serve Defendant
6 within the 120-day time period prescribed by Rule 4(m).
7  Plaintiff shall serve a copy of this Order concurrently with
8 service of process.
9  IT IS SO ORDERED.
10 Dated: September 14, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1](...continued)
parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2