IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RICE CORPORATION, d/b/a THE RICE COMPANY, a Delaware corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>GRAIN BOARD OF IRAQ, an Iraqi state company; IRAQI MINISTRY OF TRADE, an Iraqi state agency; REPUBLIC OF IRAQ; and DOES 1 through 50, inclusive<br><br>          Defendants. | 2:06-cv-1516-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

On May 31, 2007, Plaintiff filed a Status Report stating that it "anticipates appearances and/or defaults within the next sixty (60) days" and "request[ing] that the Court continue the Status Conference presently scheduled for June 18, 2007 for a period of sixty (60) days." Accordingly, the Status (Pretrial Scheduling) Conference scheduled in this action for June 18, 2007, is rescheduled to commence at 9:00 a.m. on August 13, 2007. The parties shall file a joint

1

1 | status report no later than fourteen days prior to the status
2 | conference.[1]
3 |        IT IS SO ORDERED.
4 | Dated:  June 5, 2007

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

---

[1] The failure of one or more of the parties to participate in the preparation of the joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2