IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RICE CORPORATION, a Delaware Corporation, d/b/a THE RICE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GRAIN BOARD OF IRAQ, an Iraqi state company; IRAQI MINISTRY OF TRADE, an Iraqi state agency,<br><br>　　　　　Defendants. | 2:06-cv-01516-GEB-DAD<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

　　　　Plaintiff's status report filed on January 23, 2008, states "the Plaintiff filed a motion for entry of default judgment [which] was heard before Magistrate Judge Dale Drozd on November 30, 2007 and the matter was taken under submission." Therefore, the status (pretrial scheduling) conference scheduled for February 19, 2008, is continued to June 9, 2008, at 9:00 a.m. Plaintiff shall file a status report not later than fourteen days prior to the June 9 scheduling

1

conference, in which Plaintiff is only required to explain the status of the default motion.

IT IS SO ORDERED.

Dated: February 15, 2008

GARLAND E. BURRELL, JR.
United States District Judge