IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RICE CORPORATION dba THE RICE COMPANY, a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>GRAIN BOARD OF IRAQ, an Iraqi state company; IRAQI MINISTRY OF TRADE, an Iraqi state agency; REPUBLIC OF IRAQ; and DOES 1 through 50, inclusive,<br><br>        Defendants. | 2:06-cv-01516-GEB-DAD<br><br><br><br><u>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE</u> |

        The status (pretrial scheduling) conference scheduled in this case for August 18, 2008, is continued to December 8, 2008, at 9:00 a.m., since Plaintiff states in a Status Report filed July 28, 2008, that a hearing on a motion to set aside a default is scheduled for August 25, 2008. A status report shall be filed no later than fourteen days prior to the rescheduled conference, in which only the status of the default issue be explained unless the default has been

///
///
///

1

1
2
3  set aside.
4          IT IS SO ORDERED.
5  Dated:  August 12, 2008
6
7  _____
   GARLAND E. BURRELL, JR.
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28