IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE RICE CORPORATION dba THE RICE COMPANY, a Delaware corporation, | ) ) ) | 2:06-cv-01516-GEB-DAD |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) |
| GRAIN BOARD OF IRAQ, an Iraqi state company; IRAQI MINISTRY OF TRADE, an Iraqi state agency, | ) ) ) ) | CONFERENCE |
| Defendants.[1] | ) ) | |

Service of process shall be effected within 120 days of the date on which this Order is filed or alternatively, Plaintiff shall explain in a filing due within 120 days of the date on which this Order is filed why this action should not be dismissed for lack of prosecution.  The status (pretrial scheduling) conference scheduled for December 8, 2008, is continued to May 11, 2009, at 9:00 a.m. The

---

[1]    The case caption was changed to reflect dismissal of Defendants DOES 1 through 50, in the Order filed on September 14, 2007. See Status (Pretrial Scheduling) Order filed Sept, 14,2007, at 2.  The case caption also reflects the dismissal of Defendant Republic of Iraq without prejudice by the Clerk of the Court on September 26, 2007, pursuant to plaintiff's notice of dismissal filed September 25,2007.

parties are to file a joint status report no later than fourteen days prior to the May 11 scheduling conference.

        IT IS SO ORDERED.

Dated:  December 4, 2008

                         GARLAND E. BURRELL, JR.
                         United States District Judge