IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RICE CORPORATION dba THE RICE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>GRAIN BOARD OF IRAQ; and IRAQI MINISTRY OF TRADE<br><br>        Defendants. | 2:06-cv-1516-GEB-DAD<br><br>ORDER[*] |

      Plaintiff's motion for reconsideration filed October 14, 2008, is denied.

Dated: December 4, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[*]   This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1