IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RICE CORPORATION dba THE RICE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRAIN BOARD OF IRAQ, an Iraqi state company; IRAQI MINISTRY OF TRADE, an Iraqi state agency,<br><br>Defendants. | 2:06-cv-01516-GEB-DAD<br><br><u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

The December 4, 2008, Order Continuing Status (Pretrial Scheduling) Conference ("December 4 Order") scheduled a status conference in this case for May 11, 2009, and required the parties to file a joint status report no later than fourteen days prior to the status conference. No status report was filed.

Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed on later than 4:00 p.m. on May 18, 2009, why sanctions should not be imposed against Plaintiff and/or its counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether Plaintiff or its counsel is at fault, and whether a hearing is

1

requested on the OSC.[1]  If a hearing is requested, it will be held on June 29, 2009, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date.  In accordance with the requirements set forth in the December 4 Order, a status report shall be filed no later than fourteen days prior to the status conference.

IT IS SO ORDERED.

Dated:  May 7, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged."  Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients.  In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).