IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE RICE CORPORATION dba THE RICE  )    2:06-cv-01516-GEB-DAD
COMPANY, a Delaware corporation,   )
                                   )    ORDER
              Plaintiff,           )
                                   )
        v.                         )
                                   )
GRAIN BOARD OF IRAQ, an Iraqi      )
state company;  IRAQI MINISTRY OF  )
TRADE, an Iraqi state agency,      )
                                   )
              Defendants.          )
_____)
```

      Plaintiff filed a sealing request on June 22, 2009 (Docket No. 153) which Plaintiff has not shown complies with Local Rule 39-141.  Therefore, the request is denied.

Dated:  June 26, 2009

                                     GARLAND E. BURRELL, JR.
                                     United States District Judge